No. 10-9775. Cynthia Yeley-Davis, Petitioner v. United States.

563 U.S. 969, 131 S. Ct. 2172, 179 L. Ed. 2d 951, 2011 U.S. LEXIS 3197.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 632 F.3d 673.

No. 10-9778. Dewayne Cartwright, Petitioner v. United States.

563 U.S. 969, 131 S. Ct. 2172, 179 L. Ed. 2d 951, 2011 U.S. LEXIS 3282.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 630 F.3d 610.

No. 10-9779. Thomas Jones, Petitioner v. United States.

563 U.S. 969, 131 S. Ct. 2172, 179 L. Ed. 2d 951, 2011 U.S. LEXIS 3294.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 408 Fed. Appx. 600.

No. 10-9781. Robert Morales, Petitioner v. United States.

563 U.S. 969, 131 S. Ct. 2173, 179 L. Ed. 2d 951, 2011 U.S. LEXIS 3329.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 407 Fed. Appx. 528.

No. 10-9782. Reginald Gadsden, Petitioner v. United States.

563 U.S. 969, 131 S. Ct. 2173, 179 L. Ed. 2d 951, 2011 U.S. LEXIS 3200.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 412 Fed. Appx. 523.

No. 10-9794. Timothy Jerome Nixon, Petitioner v. United States.

563 U.S. 969, 131 S. Ct. 2173, 179 L. Ed. 2d 951, 2011 U.S. LEXIS 3321.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 521.